UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DELFON BLAIR, : | Case No. 1:22-cv-77 |
|    Plaintiff, : | |
| : | Judge Timothy S. Black |
| vs. : | |
| : | Magistrate Judge Stephanie Bowman |
| HAMILTON COUNTY JUSTICE'S : | |
| CENTER, : | |
|    Defendant. : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5); AND
### TERMINATING THIS CASE ON THE COURT'S DOCKET

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on April 19, 2022, recommending that this case be dismissed with prejudice and that Plaintiff be deemed a vexatious litigant, thereby subjecting any future filing to certain prerequisites.  (Doc. 5). No objections were filed to the Report and Recommendation, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

    1.    The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. The above-referenced civil action is hereby **DISMISSED with prejudice**;

3. Plaintiff Delfon Blair is deemed a **VEXATIOUS** litigant and is accordingly **ENJOINED** from filing any new actions in this Court, without either: (a) submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio, stating there is a good faith basis for the claims Plaintiff seeks to assert; or (b) tendering a proposed complaint for review by this Court prior to filing to determine if there is a good faith basis for the claims Plaintiff seeks to assert;

4. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court; and

5. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 7/5/2022

s/Timothy S. Black
Timothy S. Black
United States District Judge